MARIA L. GAYDOS v. TIMOTHY GAYDOS.

November 7, 1984.

Petition for certification denied.

SERGIO BARCILON v. TIMOTHY GAYDOS.

November 7, 1984.

Petition for certification denied.

IVAR G. NORDIN, JR. v. MAX SHROETER.

IVAR G. NORDIN, JR. v. THE KIRWAN COMPANY.

November 7, 1984.

Petition for certification denied.

GERRIT J. VAN DISSEL v. JERSEY CENTRAL POWER
& LIGHT COMPANY.

November 7, 1984.

Petition for certification denied.   (See 194 *N.J.Super.* 108)